**Order entered February 27, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00765-CV

**KINGVISION PAY-PER-VIEW, LTD, ET AL., Appellants**

**V.**

**DALLAS COUNTY, TEXAS, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-11471-F**

## ORDER

The Court has before it appellee's February 25, 2013 unopposed second motion to extend time to file brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by March 12, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE